CAROLINA AMUSEMENT CO. ᴇᴛ ᴀʟ. *v.* MARTIN, SHERIFF, ᴇᴛ ᴀʟ.

No. 424.   Decided June 19, 1961.

*J. D. Todd, Jr.* and *Chester D. Ward, Jr.* for appellants.

Pᴇʀ Cᴜʀɪᴀᴍ.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

Mʀ. Jᴜsᴛɪᴄᴇ Dᴏᴜɢʟᴀs and Mʀ. Jᴜsᴛɪᴄᴇ Bʀᴇɴɴᴀɴ are of the opinion that probable jurisdiction should be noted.

BIRDWELL ᴇᴛ ᴀʟ. *v.* KIRKLAND ᴇᴛ ᴀʟ.

No. 914.   Decided June 19, 1961.

*Sidney E. Dawson* and *Townes Loring Dawson* for appellants.

*G. D. Hinson* for appellees.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.